Nellie M. Conerty, Appellee, v. Richard J. Richtsteig et al., Defendants.  Richard J. Richtsteig and Marie Richtsteig, Appellants.

Gen. No. 40,786.

opinion filed January 21, 1941; rehearing denied February 5, 1941.  Lowenhaupt & Wolff, for appellants; Oscar M. Wolff and Albert A. Gomberg, of counsel; Ryan, Condon & Livingston, for appellees; David J. Greenberg and John J. Elward, of counsel.  Opinion by JUSTICE SCANLAN. ''Not to be published in full.''